# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA L. STEVENS, <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. 23-CIV-403-RAW-SPS |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 22, 2025, the United States Magistrate Judge Steven P. Shreder entered a Report and Recommendation recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 21]. The Defendant did not file an objection to the Magistrate Judge's Report and Recommendation. The Magistrate Judge found that correct legal standards were not applied by the Administrative Law Judge who failed to properly analyze and explain the impact of the functional limitations that were assessed by a medical source but not included in the RFC. The Magistrate Judge found that the decision was therefore not supported by substantial evidence and recommends further analysis upon remand of the case.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse and remand for further proceedings is well supported. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 28th day of February, 2025.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA